IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **In Chapter 11** |
| | ) | |
| **ALLIANCE STAFFING,** | ) | **Case No.  08 B 6100** |
| **INCORPORATED d/b/a ALLIANCE** | ) | |
| **HUMAN RESOURCE SERVICES,** | ) | Honorable  Bruce W. Black |
| | ) | |
| **Debtor.** | ) | |

**ORDER GRANTING FINAL FEE PETITION OF**
**COUNSEL FOR THE DEBTOR**

THIS CAUSE COMING ON TO BE HEARD on motion by QUERREY & HARROW, LTD., counsel for the Debtor for a final fee award, due notice having been given and the Court being otherwise duly advised in the premises:

IT IS HEREBY ORDERED that:

A.  Querrey & Harrow, Ltd. is allowed final compensation in the amount of $33,497.00; and

B.  Querrey & Harrow, Ltd. is allowed reimbursement of expenses in the amount of $966.47.

Dated:                                                                ENTER:

_____
Bankruptcy Judge

QUERREY & HARROW, LTD.
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois  60604
(312) 540-7000