**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **In Chapter 11** |
| | ) | **Case No. 08 B 6100** |
| **ALLIANCE STAFFING, INCORPORATED** | ) | **Honorable Judge Bruce W. Black** |
| **d/b/a ALLIANCE HUMAN RESOURCE** | ) | |
| **SERVICES,** | ) | **Motion Date: August 26, 2009** |
| | ) | **Motion Time: 10:30 a.m.** |
| **Debtor.** | ) | |

## NOTICE OF MOTION

TO: See attached service list

PLEASE TAKE NOTICE THAT on August 26, 2009, at the hour of 10:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Bruce W. Black of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in Room 615 at 219 S. Dearborn, Chicago, Illinois and present **MOTION FOR ENTRY OF FINAL DECREE ORDER.** A copy of same is attached hereto and thereby served upon you. You may appear if you so see fit.

## AFFIDAVIT OF SERVICE

I, Beverly A. Berneman, an attorney, certify that the above captioned Notice of Motion was served upon the person to whom it is addressed by electronically filing it with the Court using the CM/ECF system, which sent notice to all parties of interest participating in the CM/ECF system on August 24, 2009.

               /s/*Beverly A. Berneman*
               Beverly A. Berneman

QUERREY & HARROW, LTD.
Attorneys for Debtor
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois 60604
312-540-7000

**Service List**

William T. Neary
OFFICE OF THE US TRUSTEE
219 S. Dearborn, Suite 873
Chicago, Illinois 60606

Laurie A. Martin Montplaisir
Schuyler Roche, P.C.
130 East Randolph Street, Ste. 3800
Chicago, IL  60601

Robert M. Kamm
Kamm & Shapiro, Ltd.
17 North State Street
Suite 990
Chicago, Illinois 60602

American Express Bank FSB,
POB 3001
Malvern PA 19355-0701

GE Money Bank
c/o Recovery Management Systems
25 S E 2nd Ave Ste 1120
Miami, FL 33131

Travelers
National Accounts
1 Tower Square – 5MN
Hartford, CT 06183-4044
Attention: Stacy Baral
Account Resolution

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **In re:** ) | **In Chapter 11** |
| ) | **Case No.   08 B 6100** |
| **ALLIANCE STAFFING, INCORPORATED** ) | **Honorable  Judge Bruce W. Black** |
| **d/b/a ALLIANCE HUMAN RESOURCE** ) | |
| **SERVICES,** ) | **Motion Date: August 26, 2009** |
| ) | **Motion Time: 10:30 a.m.** |
| **Debtor.** ) | |

**MOTION FOR ENTRY OF**
**FINAL DECREE ORDER**

Debtor, ALLIANCE STAFFING, INCORPORATED d/b/a ALLIANCE HUMAN RESOURCE SERVICES, ("Debtor") by and through its attorneys, QUERREY & HARROW, LTD., moves this Court for entry of a final decree order and respectfully represents to the Court as follows:

1. On March 14, 2008, Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

2. Debtor is an Illinois corporation with its principal place of business at 999 Remington Boulevard, Suite F in Bolingbrook, Illinois.

3. On October 22, 2008 this Court entered an order confirming Debtor's Plan which was modified with Court approval on May 6, 2009. The Plan calls a 100% distribution to creditors holding allowed general unsecured claims.

4. Debtor has made initial distributions under the plan (See Report of Distribution attached hereto).

5. There are no further matters for this Court to administer.

WHEREFORE, Debtor, ALLIANCE STAFFING, INCORPORATED d/b/a ALLIANCE HUMAN RESOURCE SERVICES, prays as follows:

    A.       That this Court enter a final decree order; and

    B.       For such other and further relief as this Court deems just and proper.

                                           ALLIANCE STAFFING, INCORPORATED
                                           d/b/a ALLIANCE HUMAN RESOURCE SERVICES

                                           /s/  *Beverly A. Berneman*_____
                                               Beverly A. Berneman
                                               One of its attorneys

QUERREY & HARROW, LTD.
Attorney for Debtor
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois  60604
(312) 540-7000