IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | |
| ALLIANCE STAFFING, INCORPORATED | ) | Case No.  08 B 6100 |
| d/b/a ALLIANCE HUMAN RESOURCE | ) | |
| SERVICES, | ) | Honorable  Judge Bruce W. Black |
| | ) | |
| Debtor. | ) | |

## FINAL DECREE

THIS CAUSE COMING ON TO BE HEARD on status of the above captioned matter, the Court being duly advised in the premises and it appearing to the Court that:

1. On March 14, 2008, Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

2. On October 22, 2008 this Court entered an order confirming Debtor's Plan which was modified with Court approval on May 6, 2009. The Plan calls a 100% distribution to creditors holding allowed general unsecured claims.

3. Debtor has made initial distributions under the plan, all as is more fully set forth on the Report of Distribution attached to Debtor's Motion for Entry of a Final Decree Order.

4. There are no further outstanding or pending matters before this Court.

IT IS HEREBY ORDERED that:

A. Alliance Staffing, Incorporated d/b/a Alliance Human Resource Services is released from all of its dischargeable debts and liabilities; and

    B.    The Estate is hereby closed.

Dated: **9-2-2009**

Enter:

_____
Bankruptcy Judge

QUERREY & HARROW, LTD.
Attorneys for Debtor
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois 60604
312-540-7000